UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANTHONY DALE, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
|       vs. | )   Cause No. 1:14-cv-1296-WTL-DML |
| | ) |
| CAROLYN W. COLVIN, | ) |
| | ) |
|        Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted her Report and Recommendation on Plaintiff's Complaint for Judicial Review.  The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed.  The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

    SO ORDERED: 8/19/15

                                                            Hon. William T. Lawrence, Judge
                                                            United States District Court
                                                            Southern District of Indiana

Copies to all counsel of record via electronic notification